# Court of Appeals
# of the State of Georgia

ATLANTA, December 13, 2018

*The Court of Appeals hereby passes the following order*

**A19I0115. JAMINE ROMAIL HUTCHINSON v. THE STATE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

18CR816



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, December 13, 2018.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*